FILED

2008 OCT 20  PM 4: 03

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                           No CV-08-80051 MISC VRW

Judith Kay Appel,
                                            ORDER
        State Bar No 179121

_____/

    On July 2, 2008, the court issued an order granting
Judith Kay Appel an additional 60-day extension of time, to and
including October 1, 2008, to comply with the California State Bar
MCLE requirements.  Ms Appel has failed to do so.

    The court now orders Judith Kay Appel removed from the
roll of attorneys authorized to practice before this court until
such time as she provides proof that she has been reinstated to
active status by the State Bar of California.

    IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


In the matter of:

  Judith Kay Appel,

Case Number: CV08-80051 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Judith Kay Appel
Our Family Coalition
870 Market Street, Suite 872
San Francisco, CA 94102

Dated: October 20, 2008

              Richard W. Wieking, Clerk
              By: Cora Klein, Deputy Clerk

              *Cora Klein*